UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAMZA ALGAHAIM, *et al.*,

    Plaintiffs,

vs.

Case No. 10-14577
HON. GEORGE CARAM STEEH

CITY OF DETROIT POLICE DEPT., *et al.*,

    Defendants.

_____/

ORDER DISMISSING ORDER TO SHOW CAUSE [#5]

On November 17, 2010, plaintiff filed the instant 42 U.S.C. § 1983 action. On March 21, 2011, this court entered an order to show cause requiring plaintiffs to respond in writing by March 30, 2011 why the present action should not be dismissed for failure to prosecute. On March 24, 2011, plaintiffs filed a certificate of service demonstrating that all named defendants have been served with the summons and complaint. *See* Dkt. No. 6.

Accordingly,

The order to show cause is DISMISSED.

SO ORDERED.

Dated: April 4, 2011

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 4, 2011, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk