UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAMZA ALGAHAIM, NABIL ALHADAI,
and HABID ALHADAI,

               Plaintiffs,

                                     Case No. 10-CV-14577

v.                                 HON. GEORGE CARAM STEEH

CITY OF DETROIT, CITY OF DETROIT
POLICE DEPARTMENT, POLICE
OFFICER MARCUS WILLIAMS, and
POLICE OFFICER THEOPOLIS WILLIAMS,

               Defendants.

_____/

ORDER GRANTING DEFENDANTS CITY OF DETROIT AND CITY OF DETROIT
POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT (#19)

      On November 17, 2010, plaintiffs filed this action against defendants alleging false

arrest, excessive force, and failure to intervene.  On May 14, 2012, defendants City of

Detroit and City of Detroit Police Department filed a motion for summary judgment arguing:

(1) defendant City of Detroit Police Department is not a proper party defendant as it is an

operational subdivision of the City of Detroit; and (2) defendant City of Detroit is entitled to

summary judgment because plaintiffs cannot offer any evidence of an underlying municipal

policy or custom causing the injury alleged in the case.  The court issued an order setting

a response deadline of June 14, 2012.  The date has passed and no response has been

filed.  The court finds that oral argument is not necessary.  See Local

Rule 7.1(f).  For the reasons set forth in defendants' motion for summary judgment, the court GRANTS the motion.

IT IS SO ORDERED.


Dated:  June 26, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 26, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk